UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON DOMINGUEZ, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES POSTAL SERVICE; AND DOES 1 THROUGH 10, <br><br> Defendant. | Case No.  1:25-cv-01244-JLT-EPG <br><br> ORDER GRANTING STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE <br><br> (ECF No. 6) |

On September 24, 2025, Plaintiff Jason Dominguez and Defendants United States Postal Service and Does 1 through 10 filed a Stipulation of Dismissal. (ECF No. 6).  The parties stipulated that the action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its own costs, fees, and expenses.

The stipulation was signed by Attorney Nathan S. Miller, on behalf of Plaintiff and Alyson A. Berg, on behalf of Defendant.

Accordingly, the stipulation for dismissal is GRANTED. This action has been terminated pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The action is dismissed with prejudice and each party to bear its own costs, fees, and expenses.  The clerk of the Court is ordered to close the case.

IT IS SO ORDERED.

Dated:  **September 25, 2025**            /s/ Erica P. Grosjean
                                                                         UNITED STATES MAGISTRATE JUDGE

1